UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Michael Buado,<br><br>      Plaintiff,<br><br>vs.<br><br>Trans Union, LLC, et al.,<br><br>      Defendants. | Case No: 1:22-cv-04958-AT-LTW<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC, ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant Trans Union, LLC ("Trans Union"), only, in the above-captioned case have reached a settlement. The parties anticipate filing a Notice of Voluntary Dismissal with Prejudice as to Defendant Trans Union, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

DATED: February 23, 2023

                                        Respectfully submitted,

                                        By: /s/ Joon Jeong
                                        Joon Jeong
                                        Bar Number 482317
                                        1295 Old Peachtree Road Suite 250
                                        Suwanee, GA 30024
                                        Telephone: 678-691-7905
                                        Facsimile: 866-695-5440
                                        E-Mail: info@jjeonglaw.com

                                        Attorney for Plaintiff,
                                        Michael Buado

LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: February 23, 2023