# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL BUADO,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC, ET AL.,<br><br>Defendants. | Case No.: 1:22-cv-04958-AT-LTW |

## NOTICE OF VOLUNTARY DISMISSAL AS TO
## TRANS UNION, LLC, ONLY

Plaintiff, through counsel undersigned, hereby dismisses his claims against the Defendant Trans Union, LLC, ONLY with prejudice and without costs to either party.

DATED: March 23, 2023

                                        Respectfully submitted,

                                        By: /s/ Lawrence A. Silverman
                                        Lawrence A. Silverman
                                        Georgia Bar No. 646120
                                        Credit Repair Lawyers of America
                                        39111 Six Mile Road, Suite 142
                                        Livonia, MI 48152

Tel. 248-480-8836
Attorneys for Plaintiff,
Michael Buado

## PROOF OF SERVICE

I, Lawrence A. Silverman, hereby state that on March 23, 2023, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

/s/ Lawrence A. Silverman

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: March 23, 2023