# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Michael Buado, ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 1:22-cv-04958 |
| v. ) | |
| ) | |
| Trans Union, LLC., et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

NOW COMES Joon Jeong, pursuant to Rule 83.1E of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, and files this Certificate of Consent to Withdraw as Counsel for Plaintiffs:

Furthermore, Plaintiffs have selected Gary Hansz to serve as lead counsel for the Plaintiffs.

Plaintiffs have been advised of the terms set forth in LR 83.1 € (2)(b)(B) through (H)

As evidenced by their signatures below, Plaintiffs consent to the requested withdrawal and substitution of counsel.

Date: August 7, 2023

/s/ Gary Hansz
Georgia Bar No. 534669
Credit Repair Lawyers of America
39111 Six Mile Road, Suite 142
Livonia, MI 48152
(248) 353-2882
Gary.hansz@crlam.com
(Replacement Attorney)


/s/ Joon Jeong
Georgia Bar No. 482317
(Withdrawing Attorney)


_____*Michael Buado*_____
Michael Buado, Plaintiff


## CERTIFICATE OF SERVICE

I, Joon Jeong, hereby certify that on August 7, 2023, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via this Court's CM/ECF system.