# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL BUADO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:22-CV-04958-AT-LTW |
| TRANS UNION, LLC and EXETER ) | |
| FINANCE, LLC, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Michael Buado ("Plaintiff") and Defendant Exeter Finance LLC ("Exeter"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate to the dismissal, with prejudice, of each claim and count asserted by Plaintiff against Exeter in the above-styled action, with Plaintiff and Exeter to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 23rd day of August, 2023.

*s/ Gary Hansz (w/express permission)*        *s/ Alan D. Leeth*
Gary Hansz                                                      Alan D. Leeth
Credit Repair Lawyers of America           Georgia Bar No. 472031
39111 Six Mile Road, Suite 142                 aleeth@burr.com
Livonia, MI  48152                                        BURR & FORMAN, LLP

51513133 v1                                                            1

Telephone: (248) 353-2882  
gary.hansz@crlam.com

Attorney for Plaintiff  
MICHAEL BUADO

171 Seventeenth Street, NW, Ste 1100  
Atlanta, Georgia  30363  
Telephone:  (404) 815-3000  
Facsimile:  (404) 817-3244

Attorney for Defendant  
EXETER FINANCE LLC

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **JOINT STIPULATION OF DISMISSAL** has been prepared with Times New Roman, 14-point font, one of the font and point selections approved by the Court in LR 5.1.

                                       *s/ Alan D. Leeth*
                                       Alan D. Leeth
                                       Georgia Bar No. 472031
                                       aleeth@burr.com

BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2023, I presented the foregoing **JOINT STIPULATION OF DISMISSAL** to the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Gary Hansz
Credit Repair Lawyers of America
39111 Six Mile Road, Suite 142
Livonia, MI  48152

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

        NONE

        *s/ Alan D. Leeth*
        Alan D. Leeth
        Georgia Bar No. 472031
        aleeth@burr.com

51513133 v1